# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| COVEY RUN, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>WASHINGTON CAPITAL, LLC, *et al.,* )<br><br>Defendants. ) | Case No. 1:15-CV-00219-CKK |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Iris Figueroa Rosario as counsel in this case on behalf of Plaintiff Covey Run, LLC.

/s/ Iris Figueroa Rosario
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
600 New Hampshire Avenue, N.W., Suite 7000
Washington, D.C.  20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250

Dated: February 13, 2015            *Attorney for Plaintiff Covey Run, LLC*

**CERTIFICATE OF SERVICE**

I, Iris Figueroa Rosario, hereby certify that I caused the foregoing to be filed via the

Court's ECF System, I caused copies of the foregoing document to be served on Defendants via

a process server:

/s/ Iris Figueroa Rosario