Leave to file Granted Judge Kollar-Kotelly 4/3/15

**affidavit for all rights reserved with prejudice for Sanders, Melvin H.; Melvin H. Sanders and for revoking any judicial power of attorney with prejudice**

15cv219 CKK

**United States of America**
**State of Texas** *
*
* **KNOW ALL MEN BY THESE PRESENTS**
*
**County of Travis** *

BEFORE ME, the undersigned authority on this day personally appeared, Affiant who being by us duly sworn, deposes and says an oath as follows:

I; Melvin H. Sanders who resides and is the living blood breathing human who has an interest in property located within and on the land in the state of texas and is a living person operating on the land within the United States of America.

This affidavit is being made for the rescission for all the original transactions for impeachment dismissal/non-suiting of any cause numbers' that was and may be filed with/or in any judicial court proceedings. This is a final notice and demand for the rescinding for all the original transactions for any judicial proceedings created under acts of fraud in relation to Melvin H. Sanders concerning unlawful judicial suit cause number 1:15-cv-00219 filed in the United States District Court for the District of Columbia and as it relates to all other public citizens' for any state operating on the land for america..

1. That I am of lawful age and we are competent to make this Affidavit.

2. That I have personal knowledge of the facts stated herein.

3. That this sworn Affidavit is made as a matter of record for my right in my own proper person under the constitution of 1776/Constitution of 1786 relating to the United States of America.

4. That I have rights which are inalienable and were endowed by my Creator and secured by the constitution of 1776 and the Constitution of the United States of America, the Bill of Rights and the Declaration of Independence for human rights.

5. That I do not waive any of my rights at this time nor do I intend to waive any of my rights under documents of freedom concerning our common law rights under the constitution of 1776 and the Constitution of the United States of America. In addition, this would include the human rights under the Declaration of human rights [Preamble] in which I have a right to own property, liberty and freedom without discrimination.



6. That we are acting in our own proper persons with explicit reservation of our rights "without prejudice" "with prejudice" pursuant to Uniform Commercial Code 1-308 and UCC 1-305 and such designation being filed within this Affidavit.

7. Affiants desire and demand for rescission of the original transaction due fraud relating all public accounts xxxxxxxxx relating to, Sanders, Melvin H. etc.,

8. Affiants desire and demand that all relating accounts xxxxxxxxx relating to Sanders, Melvin H., etc., be rescinded immediately upon receipt of this document to any party of interest for all reasons stated and supported by this affidavit.

9. Affiant requests and demands that any judicial office/and or officer, Trustee power of attorney be revoked immediately due to judicial corruption against human rights violations under the declarations for human rights.

Affiant desires and demands that rescission be granted immediately upon receipt of this document to any party of interest for all reasons stated and supported by this affidavit.

Affiant requests and desires that any third party who interferes without contesting this oath with a counter oath under penalty of perjury will be agreeing and admitting to pay the value of $500,000.00 per interference which will include documents that are mailed or certified through and by the U.S mail or private carrier.

WHEREAS, the eternal and unchanging principles of the laws of Commerce are:

1. A matter must be expressed to be resolved.

2. In Commerce, truth is sovereign.

3. Truth is expressed in the form of an Affidavit.

4. An unrebutted Affidavit stands as truth in Commerce.

5. An unrebutted Affidavit becomes Judgment in Commerce.

6. An Affidavit of Truth, under commercial Law, can only be satisfied:

   (a) through a rebuttal Affidavit of Truth, point by point;
   (b) by payment;
   (c) by agreement; or
   **(d)** by resolution of a jury by the rules of common law

7. A workman is worthy of his hire.

8. All are equal under the law.

The Foundation of Commercial Law is based upon certain eternally just, valid, and moral precepts and truth, which have remained unchanged for at least six thousand (6000) years, having its roots in the Mosaic Law. Said Commercial Law forms the underpinnings of Western Civilization, if not all Nations, Law, and Commerce in this world. Commercial Law is non-judicial, and is prior and superior to, the basis of, and cannot be set aside or overruled by the statutes of any governments, Legislatures, Governmental or Quasi-Governmental Agencies, Courts, Judges, and Law Enforcement agencies which are under an inherent obligation to uphold said Commercial Law.

Affiant request and demand any law enforcement persons, agency, agencies may enforce the affiant human rights upon immediate notice by affiant without discriminable actions

All violators of this affiant affidavit will be in full agreement for criminal fraud, conspiracy and aiding and abiding criminal actions against another human being for unlawful enrichment and will be in full agreement of an arrest warrant for their natural blood body to be directed to any county jail within any state of the united states.

We declare under penalty of perjury the Laws of the United States of America, that the foregoing is true, correct, complete, and not misleading and contains the truth, the whole truth, and nothing but the truth to our knowledge and belief.

Melvin H. Sanders / affiant / all rights reserved with prejudice

Notice to all interested parties that this is notice that any party may request a copy of the original affidavits for all rights reserved with prejudice for Sanders, Melvin H., etc.

Melvin H. Sanders

Date: March 25, 2015

ROBERT WAYNE SEEKFORD JR
My Commission Expires
November 9, 2015

State of Texas §
§
County of Travis §

This instrument was acknowledged before me this 25th day of March, 2015, by Melvin H. Sanders.

Notary Public

My Commission Expires: November 9th, 2015

Robert Seekford
Printed name of Notary